UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **NORTH ATLANTIC SEAFOOD, LLC,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 1:04-CV-88-DBH** |
| ) | |
| **ADELBERT GROSS, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

### ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 31, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision. The time within which to file objections expired on November 17, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Court **ADOPTS** the proposed Consent Order as a dispositive order resolving the disclosure hearing that commenced on September 1, 2011. The Magistrate Judge shall endorse the Consent Order as an order of the Court.

**SO ORDERED.**

**DATED THIS 18TH DAY OF NOVEMBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**